THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949)376-3500
Fax: (949)376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY SKYRUD,<br><br>       Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.<br><br>       Defendants. | Case No.:<br><br>**EQUIFAX INC.'S NOTICE OF REMOVAL** |

Defendant, Equifax Inc., by Counsel, hereby files this Notice of Removal of this action from the Santa Clara County Superior Court, California wherein it is now pending as Case No. 1:15-cv-281912, to the United States District Court for the Northern District of California.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Defendants show this Court as follows:

1.     An action was filed on June 16, 2015 in the Santa Clara County Superior Court, California, entitled *Skyrud v. Experian Information Solutions, Inc., et al.* Case No. 1:15-cv-281912 (the "State Court Action").

2.      Equifax Inc. was served with the Complaint on August 20, 2015.

3.      This Notice is being filed with this Court within thirty (30) days after Equifax Inc. was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"),  as follows:

(a)      Plaintiff's Complaint, on its face, alleges a violation of the FCRA.  (<u>See</u> Plaintiff's Complaint, ¶¶ 4.1 – 4.3).

(b)      The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.      Promptly after the filing of this Notice of Removal, Equifax Inc. shall give written notice of the removal to Plaintiff and to the Clerk of the Santa Clara County Superior Court, as required by 28 U.S.C. § 1446(d).

6.      Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax Inc. in the State Court Action.

7.      Attached hereto, as Exhibit B, are copies of the Consent and Answer of codefendant Experian Information Solutions, Inc.

WHEREFORE, Equifax Inc. requests that the above-described action be removed to this Court.

Dated: September 21, 2015          NOKES & QUINN

                                    /s/ Thomas P. Quinn, Jr.
                                    THOMAS P. QUINN, JR.
                                    Attorneys for Defendant
                                    EQUIFAX INC.

**CERTIFICATE OF SERVICE**
**Skyrud v. Experian Information Solutions, Inc, et al.**
**Case No.:**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **September 21, 2015**, I served a true copy of:

**EQUIFAX INC.'S NOTICE OF REMOVAL**

[ ]    By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[X]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]    By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jennifer J. Maston
JENNIFER J. MASTON

Place of Mailing: Laguna Beach, California.

Executed on **September 21, 2015,** at Laguna Beach, California.

## SERVICE LIST

1

2  Scott J. Sagaria, Esq.                    Ramon Ramirez, Esq.
3  Elliott W. Gale, Esq.                     Alyssa M. Staudinger, Esq.
   Joseph B. Angelo, Esq.                    Jones Day
4  Scott M. Johnson, Esq.                    3161 Michelson Drive, Suite 800
5  Sagaria Law, P.C.                         Irvine, CA  92612-4408
   2033 Gateway Place, 5th Floor        Tel: (949)851-3939
6  San Jose, CA  95110                       Fax: (949)553-7539
7  Tel: (408)279-2288                        Email: ramonramirez@jonesday.com
8  Fax: (408)279-2299                        Email: astaudinger@jonesday.com
   Email: sjsagaria@sagarialaw.com           *Attorneys for Defendant,*
9  Email: egale@sagarialaw.com               *Experian Information Solutions, Inc.*
10 Email: jangelo@sagarialaw.com
   Email: sjohnson@sagarialaw.com
11 *Attorneys for Plaintiff,*
12 *Sherry Skyrud*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28