1   Krsto Mijanovic (Bar No. 205060)
        *kmijanovic@hbblaw.com*
2   Annette Mijanovic (Bar No. 264638)
        *amijanovic@hbblaw.com*
3   HAIGHT BROWN & BONESTEEL LLP
    555 South Flower Street, Forty-Fifth Floor
4   Los Angeles, CA 90071
    Telephone: (213) 542-8000
5   Facsimile: (213) 542-8100
6

7   Attorneys for Defendant
    FIRST SAVINGS BANK
8

9
                  **UNITED STATES DISTRICT COURT**
10
        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
11

12
                                            )
13   SHERRY SKYRUD,                         )   Case No. 5:15-cv-04303-EJD
                                            )
14                      Plaintiff,          )
                                            )   **NOTICE OF SETTLEMENT BETWEEN**
15          V.                              )   **PLAINTIFF AND FIRST SAVINGS BANK**
                                            )   **AND [~~PROPOSED~~] ORDER**
16   EXPERIAN INFORMATION SOLUTIONS         )
     INC.; EQUIFAX, INC.;CAPITAL ONE        )
17   FINANCIAL CORPORATION;FIRST            )
     SAVINGS BANK;GENERAL ELECTRIC          )   The Hon. Edward J. Davila
18   CAPITAL RETAIL BANK;MERRICK            )
     BANK;OPERATING ENGINEERS FEDERAL       )
19   CREDIT UNION;CREDIT ONE BANK,          )
     NATIONAL ASSOCIATION;HSBC              )
20   HOLDINGS pld; MERCHANTS CREDIT         )
     ASSOCIATION.                           )
21                                          )
                                            )
22                      Defendants.         )
                                            )
23

24          **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

25          **PLEASE TAKE NOTICE,** that plaintiff Sherry M. Skyrud ("Plaintiff"), on the one hand

26   and defendant First Saving Bank ("FSB"), on the other, have reached a settlement in principal,

27

28   CC52-0000003
     11814100.1                          - 1 -
                            Case No. 5:15-cv-04303-EJD
     NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND FIRST SAVINGS BANK AND [PROPOSED]
                                      ORDER

1    which will result in the dismissal of First Saving Bank from this action with prejudice.  Plaintiff and

2    FSB currently are in process of executing the settlement agreement and expect the settlement

3    documentation and the obligations of the parties thereunder will be finalized within the next thirty

4    (30) days.  Accordingly, the parties respectfully request that FSB's deadline to file an Answer to the

5    Complaint be waived.

6

7

8    DATED: December 11, 2015                    HAIGHT BROWN & BONESTEEL LLP

9                                                By:      ___/s/ Annette F. Mijanovic
                                                          Kristo Mijanovic
10                                                        Annette F. Mijanovic
                                                          Attorneys for Defendant
11                                                        FIRST SAVINGS BANK

12

13   DATED: December 11, 2015                    SAGARIA LAW – A PROFESSIONAL
                                                 CORPORATION
14

15

16                                               By:      ____/s/ Elliot W. Gale_____
                                                          Elliot W. Gale
17                                                        Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28   CC52-0000003
     11814100.1                                  - 2 -
                              Case No. 5:15-cv-04303-EJD
     NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND FIRST SAVINGS BANK AND [PROPOSED]
                                       ORDER

1

2

3

**ORDER**

4

Pursuant to the foregoing notice of settlement between plaintiff and First Savings Bank, IT

5

IS SO ORDERED.

6

7

Dated: _____                    _____
                12/15/2015

8                                                 Hon. Edward J. Davila
                                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CC52-0000003
11814100.1                                    - 3 -
                                    Case No. 5:15-cv-04303-EJD
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND FIRST SAVINGS BANK AND [PROPOSED]
                                          ORDER

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

*Skyrud v. Experian Information Solutions, Inc., et al.*
Case No. 5:15-cv-04303-EJD

4

5          At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

6

7          On December 11, 2015, I served true copies of the following document(s) described as **XX** on the interested parties in this action as follows:

8                              **SEE ATTACHED SERVICE LIST**

9          **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who

10   are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court

11   rules.

12          I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

13

           Executed on December 11, 2015, at Los Angeles, California.

14

15

                                        /s/ Julie C. Mentesana
16                                      Julie C. Mentesana

17

18

19

20

21

22

23

24

25

26

27

28   CC52-0000003
     11814100.1                                    - 4 -
                              Case No. 5:15-cv-04303-EJD
     NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND FIRST SAVINGS BANK AND [PROPOSED]
                                           ORDER

1

**SERVICE LIST**
**Skyrud v. Experian Information Solutions, Inc., et al.**
**Case No. 5:15-cv-04303-EJD**

2

3   Elliot Wayne Gale, Esq.                        Alyssa Marie Staudinger, Esq.
    Joseph Brian Angelo, Esq.                      JONES DAY
4   Scott Matthew Johnson, Esq.                    3161 Michelson Drive, #800
    Scott Joseph Sagaria, Esq.                     Irvine, Ca 92612-4408
5   SAGARIA LAW, P.C.                              T: 949-851-3939
    2033 Gateway Place, 5th Floor                  F: 949-553-7539
6   San Jose, CA 95110                             E-mail: astaudinger@jonesday.com
    T: 408-279-2288                                **Attorneys for Defendant**
7   F: 408-279-2299                                **Experian Information Solutions, Inc.**
    E-mail: egale@sagarialaw.com
8   E-mail: jangelo@sagarialaw.com
    E-mail: sjohnson@sagarialaw.com
9   E-mail: sjsagaria@sagarialaw.com
    **Attorney for Plaintiff**
10  **Sherry Skyrud**

11  Ramon Ramirez, Esq.                            Thomas P. Quinn
    JONES DAY                                      NOKES & QUINN
12  3161 Michelson Drive, #800                     410 Broadway, #200
    Irvine, Ca 92612-4408                          Laguna Beach, CA 92651
13  T: 949-851-3939                                T: 949-376-3500
    F: 949-553-7539                                F: 949-376-3070
14  E-mail: ramonramirez@jonesday.com              E-mail: tquinn@nokesquinn.com
    **Attorneys for Defendant**                    **Attorneys for Defendant**
15  **Experian Information Solutions, Inc.**       **Equifax, Inc.**

16  DOLL AMIR & ELEY LLP
    HUNTER R. ELEY (SBN 224321)
17  heley@dollamir.com
    CHELSEA DIAZ (SBN 271859)
18  cdiaz@dollamir.com
    1888 Century Park East, Suite 1850
19  Los Angeles, California 90067
    Tel: 310.557.9100
20  Fax: 310.557.9101
    **Attorneys for Defendant CAPITAL ONE**
21  **BANK (USA), N.A.**

22

23

24

25

26

27

28  CC52-0000003
    11814100.1                           - 5 -
                           Case No. 5:15-cv-04303-EJD
    NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND FIRST SAVINGS BANK AND [PROPOSED]
                                    ORDER