Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| SHERRY SKYRUD,<br><br>            Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 5:15-CV-04303-EJD<br><br>**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FIRST SAVINGS BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Sherry Skyrud, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant First Savings Bank, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

  (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (1) a notice of dismissal before the opposing party serves either an answer

1 | or a motion for summary judgment.

2 | Defendant First Savings Bank has neither answered Plaintiff's Complaint, nor filed a
3 | motion for summary judgment. Accordingly, the matter may be dismissed, with prejudice, against
4 | it for all purposes and without an Order of the Court.

5 | Docket Item No. 37 is terminated as moot.

6 | Dated: December 29, 2015                                    Sagaria Law, P.C.

By:     */s/ Elliot W. Gale*
                Elliot W. Gale
Attorneys for Plaintiff
Sherry Skyrud