1 | Jeanne L. Zimmer (SBN 123321)
Zimmerj@cmtlaw.com
2 | Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
3 | CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
4 | Los Angeles, California 90045
(310) 242-2200 Telephone
5 | (310) 242-2222 Facsimile

6

7 | Attorneys for Defendant,
*CREDIT ONE BANK, N.A.*

8

**IT IS SO ORDERED**

*Judge Edward J. Davila*

9 | **IN THE UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | **SHERRY SKYRUD,** | CASE NO. 5:15-cv-04303-EJD

13 |              **Plaintiff,**

14 | **vs.**

15

16 | **EXPERIAN INFORMATION** | **NOTICE OF SETTLEMENT**
**SOLUTIONS, INC.; EQUIFAX,**
17 | **INC.; CAPITAL ONE FINANCIAL**
**CORPORATION; FIRST SAVINGS**
18 | **BANK; GENERAL ELECTRIC**
**CAPITAL RETAIL BANK; MERRIC**
19 | **BANK; OPERATING ENGINEERS**
**FEDERAL CREDIT UNION;**
20 | **CREDIT ONE BANK, NATIONAL**
**ASSOCIATION, HSBC HOLDINGS**
21 | **plc, MERCHANTS CREDIT**
**ASSOCIATION and DOES 1**
22 | **THROUGH 100 INCLUSIVE,**

23 |              **Defendants.**

24

25

26 | **THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

27 |       PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff SHERRY

28 | SKYRUD and Defendant CREDIT ONE BANK, N.A. in this matter.

1     In light of the settlement, the parties request that the Court take off calendar all future

2  hearing dates regarding CREDIT ONE BANK, N.A. in this case.

3

4

5  Date:  February 23, 2016                    **CARLSON & MESSER LLP**

6                                             By: /s/Tamar Gabriel

7                                             Jeanne L. Zimmer

8                                             Tamar Gabriel

9                                             *Attorneys for Defendant,*
                                              *Credit One Bank, N.A.*

10

11

12

13                    IT IS SO ORDERED

The Motion to Dismiss (Docket ITem No 45 ) by defendant Credit One Bank is terminated and

14  the hearing date is vacated.

15  DATED: 2/29/2016

16                                             United States District  Judge

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT
CASE NO. 5:15-cv-04303-EJD