UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERRY SKYRUD,<br><br>    Plaintiff,<br><br>    v.<br><br>HSBC HOLDINGS, PLC,<br><br>    Defendant. | Case No.  5:15-cv-04303-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on July 28, 2016 (Dkt. No. 75), the court orders as follows:

1. The parties shall comply with the deadlines provided in the Case Management Order filed on February 23, 2016 (Dkt. No. 49).

2. In addition, the parties shall complete mediation by the deadline provided in the order filed on June 21, 2016 (Dkt. No. 73).

3. The Case Management Conference scheduled for August 4, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated: July 29, 2016

                                                        _____
EDWARD J. DAVILA
United States District Judge